JUNE 2012 CASE MANAGEMENT CONFERENCE LIST
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| Abbreviated Case Name | Civil NO. | Conference Time |
|---|---|---|
| Knepper v. Rite Aid | 09cv2069 | 9:00 |
| Fisher v. Rite Aid | 10cv1865 | 9:00 |
| Hough v. Thrifty | 11cv2212 | 9:00 |
| Mazzantini v. Rite Aid | 11cv2324 | 9:00 |
| Sohomuch v. USA | 12cv624 | 9:30 |
| McGreal v. Providence | 12cv659 | 9:45 |
| Cropp v. Schindler | 12cv688 | 10:00 |
| Endurance v. H&W | 12cv693 | 10:15 |
| Genoptix v. Fletcher | 12cv722 | 10:30 |
| Spaseff v. Donato | 12cv742 | 10:45 |
| Musila v. Lock Haven | 12cv752 | 11:00 |
| Gallagher v. East Buffalo | 12cv777 | 11:15 |
| Kauffman v. Specialty | 12cv788 | 11:30 |
| Shreffler v. Hyundai | 12cv795 | 11:45 |

## ORDER

May 1, 2012

1. <u>Case Management List.</u>  The above cases will comprise the Case Management list for **June 29, 2012**.

2. **<u>Filing Case Management Plans.</u>  At least <u>five business days</u> before the conference, counsel shall electronically file their written case management plans with the Court.**

3. <u>Trial List and Correlative Dates.</u>  **Counsel shall agree upon a <u>monthly trial list</u> for trial of the case.  Counsel shall after determining the appropriate list select all other applicable dates in conformity with the court's calendar previously provided and attached hereto.**  The court will consider striking from the record case management plans which do not follow the court's calendar.  In the event that counsel cannot agree upon a monthly trial list, each counsel shall propose a trial list and not appropriately in the plan all applicable dates in conformity with the court's calendar.  The Judges of this Court, with approval of the Court of Appeals, set a trial goal for case on the Standard Track of not more than 15 months from the filling of the initial complaint.  Absent exigent circumstances counsel shall select a trial list not more than 15 months from the date of filing of the original complaint.

4. <u>Date and Times of Conferences</u>.  Case management conferences will be held on the date and at the times designated above.  Lead counsel who are expected to try

the case and who shall be fully authorized to make decisions in the case shall participate in the conference.  If lead counsel wish to be excused from the conference, such counsel shall contact the Judge's cambers and advise at least 2 working days before the conference.

5. Telephonic Conference.  The Court will hold the conference by telephone.  **Counsel for Plaintiff or Plaintiffs, as the case may be, shall initiate the telephone conference. Chamber number is (717)221-3986.**

6. Magistrate Judge.  If the parties consent that a Magistrate Judge conduct all subsequent proceedings in the case and enter a final judgement, they shall note in the Case Management Plan the name of the Magistrate Judge whom they wish to select or the city where they wish the case to be tried by a Magistrate Judge stationed in that city.

7. Case Management Order.  At the conclusion of the conference any oral agreements reached by counsel at the conference, any oral orders issued by the Court and any additional directions which the court then deems advisable for the efficient management of the case will be reduced to writing in a Case Management Order.  The Court will issue shortly after the conference an additional standard order relating to practice and procedure for the next ensuing phase or phases of the case.

8. Pre-Case Management Conference.  As required by Local Rule 16.3(a), lead counsel shall confer face to face and not be telephone and prepare for submission to the Court a case management plan on the form attached to the Local Rules and designated "Appendix A."  Responsibility for arranging the pre-case management conference between counsel is placed upon counsel for the Plaintiff or Plaintiffs who shall offer opposing counsel at least 3 alternative dates upon no less than 15 days notice.  The pre-case management conference shall be held at the office of the attorney for the Plaintiff or Plaintiffs, provided, however, that if counsel for the Plaintiff or Plaintiffs has no office in the Middle District of Pennsylvania, the conference shall be held in the Middle District at a point as nearly equidistance as practicable from the offices of those counsel in the case who have offices in the District, unless all counsel resident in the District agree otherwise.  If only one counsel has an office in the District, the conference will be held in that office.

9. Continuance.  Any motion for continuance of a case management conference shall be filed electronically at least seven days before the conference, unless the cause for such continuance shall subsequently occur.

10. Alternate Dispute Resolution.  Paragraph 2.0 of the Standard Joint Case Management Plan relates to ADR procedures. If the parties cannot agree upon an ADR procedure to be used, a decision with respect to the same will be made at the pre-trial conference, and if at that conference any counsel objects to alternative dispute resolution, there will be none.

11. Pro Se Cases.  No joint case management plan will be required in any case where there is a pro se party and no joint case management conference will be held in

such case.  We will consider the views of the parties in cases involving a pro se party as to discovery cut off date, final pre-trial conference date, and trial list.  We will also consider any additional matters the parties may wish to raise which relate to the prompt and fair disposition of their respective cases.


                                             s/ John E. Jones III
                                             John E. Jones III
                                             U.S. District Judge

**Judge Jones**
**2012 Court Calendar**

| Trial list | Discovery Cut-off | Dispositive Motions Cut-off | Final Pre-Trial Conferences | Jury Selection |
|---|---|---|---|---|
| January | 7/29/11 | 9/1/11 | 12/1/11 | 1/4/12 |
| February | 8/31/11 | 10/3/11 | 1/3/12 | 2/2/12 |
| March | 9/30/11 | 11/1/11 | 2/1/12 | 3/2/12 |
| April | 10/31/11 | 12/1/11 | 3/1/12 | 4/3/12 |
| May | 11/30/11 | 1/2/12 | 4/2/12 | 5/2/12 |
| June | 12/30/11 | 2/1/12 | 5/1/12 | 6/4/12 |
| July | 1/31/12 | 3/1/12 | 6/1/12 | 7/5/12 |
| August | 2/29/12 | 4/2/12 | 7/2/12 | 8/2/12 |
| September | 3/30/12 | 5/1/12 | 8/1/12 | 9/5/12 |
| October | 4/30/12 | 6/1/12 | 9/4/12 | 10/2/12 |
| November | 5/31/12 | 7/2/12 | 10/1/12 | 11/2/12 |
| December | 6/29/12 | 8/1/12 | 11/1/12 | 12/5/12 |

**Case Management Conferences:**

1/31/12
2/28/12
3/30/12
4/30/12
5/30/12
6/29/12
7/31/12
8/31/12
9/28/12
10/31/12
11/30/12
12/31/12

## Judge Jones
## 2013 Court Calendar

| Trial list | Discovery Cut-off | Dispositive Motions Cut-off | Final Pre-Trial Conferences | Jury Selection |
|---|---|---|---|---|
| January | 7/30/12 | 9/3/12 | 12/3/12 | 1/3/13 |
| February | 8/31/12 | 10/1/12 | 1/2/13 | 2/4/13 |
| March | 9/28/12 | 11/1/12 | 2/1/13 | 3/4/13 |
| April | 10/31/12 | 12/3/12 | 3/1/13 | 4/2/13 |
| May | 11/30/12 | 1/1/13 | 4/1/13 | 5/2/13 |
| June | 12/31/12 | 2/1/13 | 5/1/13 | 6/4/13 |
| July | 1/31/13 | 3/1/13 | 6/3/13 | 7/2/13 |
| August | 2/28/13 | 4/1/13 | 7/1/13 | 8/2/13 |
| September | 3/29/13 | 5/1/13 | 8/1/13 | 9/4/13 |
| October | 4/30/13 | 6/3/13 | 9/3/13 | 10/2/13 |
| November | 5/31/13 | 7/1/13 | 10/1/13 | 11/4/13 |
| December | 6/28/13 | 8/1/13 | 11/1/13 | 12/3/13 |

**Case Management Conferences:**

1/30/13
2/27/13
3/27/13
4/30/13
5/31/13
6/28/13
7/31/13
8/30/13
9/30/13
10/30/13
11/27/13
12/30/13